OPINION — AG — **** APARTMENT MANAGERS TRAINING SCHOOL — WITHIN PURVIEW OF PRIVATE SCHOOL ACT **** THE APARTMENT MANAGERS TRAINING SCHOOL, OWNED AND OPERATED BY THE APARTMENT BUILDERS, MANAGERS AND OWNERS ASSOCIATION OF TULSA, OKLAHOMA, IS SO ORGANIZED AND CONDUCTED AS TO BRING IT WITHIN THE PURVIEW OF THE PROVISIONS OF THE OKLAHOMA PRIVATE SCHOOL ACT CONTAINED IN 70 O.S. 1970 Supp., 1444.1 [70-1444.1] THROUGH 1444.14 (ODIE A. NANCE)